IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Walter and Dustine Mercy,    :
and William Tollinger, as     :
Attorney-in-Fact for Betty    :
Tollinger,          :
     Appellants    :
             :
    v.       :  No. 900 C.D. 2017
             :
Zoning Hearing Board of Cross  :
Roads Borough, and     :
Lauer Bros. Properties, LLC   :

# **O R D E R**

NOW, August 14, 2018, having considered appellants' application for reargument and appellee Lauer Bros. Properties, LLC's answer in response thereto, the application is denied.

                   
              MARY HANNAH LEAVITT,
              President Judge